| No | IP | Port | Hit Date UTC | File Name | File Hash | ISP | Region | City |
|---|---|---|---|---|---|---|---|---|
| 1 | 73.74.68.131 | 6881 | 2017-06-20 02:30:48 | Once.Upon.a.Time.in.Venice.2017.720p.WEB-DL.x264-M2Tv | SHA1: 9CD3B5E17B19740BCD9A2DEA0EFAD3C5ED0DBE43 | Comcast Cable | Indiana | Hobart |
| 2 | 73.74.68.193 | 6881 | 2017-06-20 04:33:40 | Once.Upon.a.Time.in.Venice.2017.720p.WEB-DL.x264-M2Tv | SHA1: 9CD3B5E17B19740BCD9A2DEA0EFAD3C5ED0DBE43 | Comcast Cable | Indiana | Hobart |
| 3 | 73.8.175.142 | 6881 | 2017-06-20 05:25:27 | Once.Upon.a.Time.in.Venice.2017.720p.WEB-DL.x264-M2Tv | SHA1: 9CD3B5E17B19740BCD9A2DEA0EFAD3C5ED0DBE43 | Comcast Cable | Indiana | Hammond |
| 4 | 73.209.174.92 | 6881 | 2017-06-20 12:55:39 | Once.Upon.a.Time.in.Venice.2017.720p.WEB-DL.x264-M2Tv | SHA1: 9CD3B5E17B19740BCD9A2DEA0EFAD3C5ED0DBE43 | Comcast Cable | Indiana | Gary |
| 5 | 98.213.220.109 | 50321 | 2017-06-20 23:31:14 | Once.Upon.a.Time.in.Venice.2017.720p.WEB-DL.x264-M2Tv | SHA1: 9CD3B5E17B19740BCD9A2DEA0EFAD3C5ED0DBE43 | Comcast Cable | Indiana | Elkhart |
| 6 | 73.168.17.91 | 6881 | 2017-06-21 03:50:13 | Once.Upon.a.Time.in.Venice.2017.720p.WEB-DL.x264-M2Tv | SHA1: 9CD3B5E17B19740BCD9A2DEA0EFAD3C5ED0DBE43 | Comcast Cable | Indiana | Lake Station |
| 7 | 98.213.172.19 | 6881 | 2017-06-21 09:09:35 | Once.Upon.a.Time.in.Venice.2017.720p.WEB-DL.x264-M2Tv | SHA1: 9CD3B5E17B19740BCD9A2DEA0EFAD3C5ED0DBE43 | Comcast Cable | Indiana | Portage |
| 8 | 73.74.106.137 | 49234 | 2017-06-21 12:22:02 | Once.Upon.a.Time.in.Venice.2017.720p.WEB-DL.x264-M2Tv | SHA1: 9CD3B5E17B19740BCD9A2DEA0EFAD3C5ED0DBE43 | Comcast Cable | Indiana | Schererville |
| 9 | 69.245.164.96 | 6881 | 2017-06-21 16:23:26 | Once.Upon.a.Time.in.Venice.2017.720p.WEB-DL.x264-M2Tv | SHA1: 9CD3B5E17B19740BCD9A2DEA0EFAD3C5ED0DBE43 | Comcast Cable | Indiana | Fort Wayne |
| 10 | 73.45.112.180 | 6881 | 2017-06-22 10:37:12 | Once.Upon.a.Time.in.Venice.2017.720p.WEB-DL.x264-M2Tv | SHA1: 9CD3B5E17B19740BCD9A2DEA0EFAD3C5ED0DBE43 | Comcast Cable | Indiana | Merrillville |
| 11 | 98.212.74.25 | 44688 | 2017-06-22 14:28:47 | Once.Upon.a.Time.in.Venice.2017.720p.WEB-DL.x264-M2Tv | SHA1: 9CD3B5E17B19740BCD9A2DEA0EFAD3C5ED0DBE43 | Comcast Cable | Indiana | Valparaiso |
| 12 | 73.74.255.45 | 6881 | 2017-06-23 03:04:13 | Once.Upon.a.Time.in.Venice.2017.720p.WEB-DL.x264-M2Tv | SHA1: 9CD3B5E17B19740BCD9A2DEA0EFAD3C5ED0DBE43 | Comcast Cable | Indiana | Hammond |
| 13 | 24.12.48.30 | 6881 | 2017-06-23 03:08:26 | Once.Upon.a.Time.in.Venice.2017.720p.WEB-DL.x264-M2Tv | SHA1: 9CD3B5E17B19740BCD9A2DEA0EFAD3C5ED0DBE43 | Comcast Cable | Indiana | Valparaiso |
| 14 | 98.213.98.148 | 6881 | 2017-06-23 03:48:03 | Once.Upon.a.Time.in.Venice.2017.720p.WEB-DL.x264-M2Tv | SHA1: 9CD3B5E17B19740BCD9A2DEA0EFAD3C5ED0DBE43 | Comcast Cable | Indiana | La Porte |
| 15 | 67.167.74.65 | 40959 | 2017-06-23 13:09:59 | Once.Upon.a.Time.in.Venice.2017.720p.WEB-DL.x264-M2Tv | SHA1: 9CD3B5E17B19740BCD9A2DEA0EFAD3C5ED0DBE43 | Comcast Cable | Indiana | Hammond |
| 16 | 69.243.169.77 | 6881 | 2017-06-23 17:33:33 | Once.Upon.a.Time.in.Venice.2017.720p.WEB-DL.x264-M2Tv | SHA1: 9CD3B5E17B19740BCD9A2DEA0EFAD3C5ED0DBE43 | Comcast Cable | Indiana | South Bend |
| 17 | 73.176.94.127 | 6881 | 2017-06-23 21:20:46 | Once.Upon.a.Time.in.Venice.2017.720p.WEB-DL.x264-M2Tv | SHA1: 9CD3B5E17B19740BCD9A2DEA0EFAD3C5ED0DBE43 | Comcast Cable | Indiana | Fort Wayne |
| 18 | 73.75.159.202 | 6881 | 2017-06-23 21:38:49 | Once.Upon.a.Time.in.Venice.2017.720p.WEB-DL.x264-M2Tv | SHA1: 9CD3B5E17B19740BCD9A2DEA0EFAD3C5ED0DBE43 | Comcast Cable | Indiana | Hammond |

Exhibit 2